**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Michael Renee LIEVRE
                                          Docket Number:   2:01CR00213-01
                                          **REQUEST FOR DISCLOSURE OF
                                          PRESENTENCE REPORT**

Your Honor:

On April 1, 2002, the above-referenced offender was sentenced for 18 USC 871(a) - Threats Against the President and 18 USC 115(a)(1)(B) - Threats Against Federal Law Enforcement Officer to 24 months Bureau of Prisons, a three-year term of supervised release, and a $200 special assessment.  He released to our district under a term of supervised release on May 23, 2003.

On July 22, 2003, a warrant was issued based on the offender's failure to follow instructions of the probation officer.  The offender had failed to maintain a residence and report to the probation office as instructed, and his whereabouts were unknown.  He was arrested on the violator's warrant on August 6, 2003, and subsequently released from custody September 8, 2003.  He was ordered to report to the probation office and reside in a temporary housing program.  On September 15, 2003, he was placed in a residential program.  On the same date, however, he left the program and never returned.

On September 24, 2003, a superseding petition was filed alleging failure to follow instructions of the probation officer, failure to notify the probation officer of a change in residence, and unlawful use of a controlled substance.  Supervision was revoked and he was sentenced on November 3, 2003, to 12 months and 1 day custody of the Bureau of Prisons with a recommendation that he participate in the Personality Disorder Program and drug treatment program at FMC Springfield.

RE:   Michael Renee LIEVRE
      Docket Number:   2:01CR00213-01

The probation officer has learned that the offender is now facing a new felony conviction in Ventura County for violation of California Penal Code Section 12020(a)(4) - Carrying a Concealed Dagger.  An officer of the Ventura County Probation Department has requested a copy of the presentence report to assist in the presentence investigation being conducted for the Superior Court.  This memo is to request the Court's permission to loan a copy of the presentence report for this purpose with the understanding it will be returned or destroyed after its use.

                    Respectfully submitted,

                     /s/   John A. Poglinco

               **JOHN A. POGLINCO**
               **Senior United States Probation Officer**

Dated:     October 23, 2006
           Sacramento, California
           JAP:jz


**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

---

AGREE:  ___x_____          DISAGREE:  _____

/s/ Frank C. Damrell Jr.                      October 24, 2006
**FRANK C. DAMRELL, JR.**                     DATE
United States District Judge